NO









NO. 12-04-00147-CR

 

                 IN
THE COURT OF APPEALS

 

      TWELFTH COURT OF
APPEALS DISTRICT

 

                           TYLER, TEXAS

 

 

JEROLD KEITH HAMBRICK,                       '     APPEAL FROM THE 173RD

APPELLANT

 

V.                                                                         '     JUDICIAL DISTRICT COURT OF

 

THE STATE OF
TEXAS,

APPELLEE                                                       '     HENDERSON COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant has filed a motion to withdraw his notice of appeal.  The motion is signed by Appellant=s counsel. Attached to the motion is an exhibit containing Appellant=s signature evidencing his consent to the motion.  No decision having been delivered by this
Court, the motion is granted, and the appeal is dismissed in accordance with
Texas Rule of Appellate Procedure 42.2.

 

Opinion delivered
May 5, 2004.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

                                                             (DO
NOT PUBLISH)